UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARBARA WHITTAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 7:12-CV-00563 |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND ) | |
| COMPOUNDING CENTER, ) | |
| ) | |
| and ) | |
| ) | |
| IMAGE GUIDED PAIN MANAGEMENT, ) | |
| P.C., d/b/a INSIGHT IMAGING - ) | |
| ROANOKE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

        Respectfully submitted,
        Defendant New England Compounding Pharmacy, Inc.
        By its Attorneys,

        /s/
        Rebecca S. Herbig
        Bowman and Brooke LLP
        1111 East Main Street, Suite 2100
        Richmond, VA  23219
        Telephone:  804.649.8200
        Facsimile:  804.649.1762
        E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:  December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

Patrick T. Fennell, Esq. (VSB No.: 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:   (540) 342-2000
Facsimile:   (540) 400-0616
*Counsel for Plaintiff*

  /s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:   804.649.8200
Facsimile:   804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*